**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JUSTIN E. ALLEN,
ADC #551718                                                                                                PLAINTIFF


V.                                    4:12CV00390 SWW/JTR


ADAM MITTEMIER, Officer; and
SETH FERGUSON, Officer,
Faulkner County Detention Center                                                         DEFENDANTS


**ORDER**

The Court has received Proposed Findings and Recommended Disposition [doc.#4] submitted by United States Magistrate Judge J. Thomas Ray. The Proposed Findings and Recommended Disposition was sent to plaintiff Justin E. Allen but was returned to the Court as "undeliverable."  Subsequently, plaintiff filed a notice of change of address [doc.#9]. The Court directs that the Clerk of Court send the Proposed Findings and Recommended Disposition [doc.#4] to plaintiff at his new address.  Plaintiff's abjections to the Proposed Findings and Recommended

Disposition [doc.#4], if any, must be filed with the Court no later than fourteen (14) days from the date of entry of this Order.

Dated this 31st day of July, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE