# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JUSTIN E. ALLEN,
ADC #551718                                                                                    PLAINTIFF

V.                                  4:12CV00390 SWW/JTR

ADAM MITTEMIER, Officer; and
SETH FERGUSON, Officer,
Faulkner County Detention Center                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 20th day of August 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE